U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP - 8 2016

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOSEPH GRANGER**<br>**DOC. #307828** | : | **CIVIL ACTION NO. 15-CV-2857**<br>**SECTION P** |
| **VERSUS** | : | **JUDGE TRIMBLE** |
| **STEVE RAIDER, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the objections filed, and having determined that the findings are correct under applicable law. Accordingly,

**IT IS ORDERED** that all petitioner's civil rights claims against the DCI and EHCC defendants, namely, former CDI Warden Steve Raider; Doe 1-5; Officer Foster; Dr. Tarver; Nurse Travis Day' and EHCC Warden Robert Tanner, and all claims against James LeBlanc, Wayne Calbrese, GEO, and ALC Warden Cooley are **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED in Chambers in Alexandria, Louisiana, this 8th day of September, 2016.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE