U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 0 7 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOSEPH GRANGER<br>D.O.C. # 307828 | : | DOCKET NO. 15-cv-2857<br>SECTION P |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| MEDICAL STAFF OF ELAYN HUNT<br>CORRECTIONAL CENTER, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Reports and Recommendations of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the civil rights claims raised in the petitioner's original, first, and second amended complaints [docs. 1, 6, 13] be **DENIED** and **DISMISSED WITH PREJUDICE** and that the claims raised in the third amended complaint [doc. 17] be **DENIED** and **DISMISSED WITHOUT PREJUDICE** to the extent it seeks to raise new claims, and **DISMISSED WITH PREJUDICE** in all other respects.

THUS DONE this 7th day of November, 2017, at Alexandria, La.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE